Carol FREY, Petitioner,

v.

ADAMS COUNTY SCHOOL DISTRICT NO. 14 and Board of Education of Adams County School District No. 14, Respondents.

No. 89SC234.

Supreme Court of Colorado,
En Banc.

Jan. 16, 1990.

Petition for Writ of Certiorari GRANTED.